UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAHRIAR ALAMI, an individual; CLENNON HUGHES, an individual; JAHI JONES, an individual; JIMMY GREY, an individual,

    Plaintiffs,

  v.

AT&T MOBILITY LLC, a Delaware Limited Liability Company, and DOES 1-100, jointly and severally,

    Defendants.

                                      /

NO. CIV. S-11-2769 LKK/EFB

**ORDER OF RECUSAL AND REASSIGNMENT**

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned.

    IT IS HEREBY ORDERED that:

    1.   The undersigned recuses himself as the judge to whom this case is assigned;

1

1   2.   All currently scheduled dates in the above-captioned
2 action are **VACATED**;
3   3.   The Clerk of the Court reassign this case to another
4 judge for all further proceedings, making appropriate adjustments
5 in the assignments of civil cases to compensate for such
6 reassignment; and
7   4.   This case is REASSIGNED to the Honorable
8 John A. Mendez.
9   IT IS SO ORDERED.
10   DATED:  October 24, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2